|  |  | **FILED** |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | |
| FOR THE NINTH CIRCUIT | | JAN 26 2023 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CHRISTY PALMER; et al.,

        Plaintiffs-Respondents,

 v.

COGNIZANT TECHNOLOGY SOLUTIONS CORP.; COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,

        Defendants-Petitioners.

No. 22-80133

D.C. No. 2:17-cv-06848-DMG-PLA
Central District of California, Los Angeles

ORDER

Before: CLIFTON and SANCHEZ, Circuit Judges.

Petitioners' motion for leave to file a reply in support of the petition (Docket Entry No. 4) is granted. The reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's October 27, 2022 order granting in part and denying in part class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).